**Opinion issued March 8, 2018**



In The

# Court of Appeals

### For The

# First District of Texas

———————————————

## NO. 01-17-00976-CR

———————————————

## IN RE VICTOR MANUEL LOPEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Victor Manuel Lopez, has filed an "Emergency Writ of Exigi Facias and Mandamus," which we consider as a petition for a writ of mandamus. *See* TEX. GOV'T CODE ANN. § 22.221(a) (West Supp. 2017) (providing court of appeals may issue writ of mandamus and "other writs necessary to enforce the jurisdiction of the

court"). Relator seeks issuance of the writ to compel the trial court to dismiss the indictment in the underlying proceeding.[1]

We deny the petition.

**PER CURIAM**

Panel consists of Justices Bland, Lloyd, and Caughey.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1]   The underlying case is *The State of Texas v. Victor Manuel Lopez*, cause number 1528900, in the 337th District Court of Harris County, Texas, the Honorable Herb Ritchie presiding.